In the Matter of the Application of JANE LE BRETON BRUGH, an Alleged Lunatic.

(Argued February 6, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 23, 1891, which affirmed an order of Special Term confirming the report of a referee and superseded a commission of lunacy.

Also appeal from order of the same General Term, made January 18, 1894, which modified, and affirmed as modified, an order of Special Term auditing and settling the committee's accounts.

*William G. Cooke* for appellant.

*Norris Morey* for respondent.

Agree to affirm order confirming report of referee superseding commission, and dismiss appeal from order confirming report of referee settling accounts of committee; no opinion.
All concur.
Ordered accordingly.